

# Bill Trier
# Collector Vehicle Appraisals

PROFESSIONAL APPRAISING IN FLORIDA SINCE 1980

PRE-BUY INSPECTIONS - INSURANCE - FINANCING - LITIGATION - ESTATES - RESALE

270 SOUTHLAND ROAD, VENICE, FLORIDA 34293 - MAILING ADDRESS: P.O. BOX 2134 VENICE, FL 34284

OFFICE: 941 - 408 - 9601   CELL: 941 - 223 - 1556   WEB: www.floridaclassiccarappraisals.com

CLIENTS NAME: DALE WILKENSON
APPRAISAL DATE: 3/20/24  TIME: 9:00 AM
STREET: 5733 FOSSANO DR   CITY: SARASOTA   STATE: FL   ZIP: 34238
BUSINESS: ___   HOME: ___   CELL: 978-877-2769   FAX: ___

YEAR: 1962  MAKE: CHEVROLET  MODEL: CORVETTE  BODY STYLE: CONV
VIN NUMBER: 20867S111261   COLOR(S): FAWN BEIGE
ENGINE: 327/340 V8   TRANSMISSION: 4 SPD MANUAL   MILEAGE SHOWING: 63375
AUTO: [X]   TRUCK: [ ]   STREETROD: [ ]   OTHER: THIS IS AN APPRAISAL NOT A PREBUY INSP.
BUILD SHEET AVAILABLE [ ]   DOCUMENTED RECEIPTS AVAILABLE [ ]   PHOTO(S) ALBUM AVAILABLE [ ]

## OVERALL ANALYSIS OF VEHICLE

CONDITION CODES:   1-EXCELLENT   2-FINE   3-VERY GOOD   4-GOOD   5-RESTORABLE   6-PARTS CAR

**VEHICLE CONDITION:** +2   **CURRENT VALUE OF VEHICLE:** $110,000

THE CURRENT MARKET VALUE OF THIS VEHICLE HAS BEEN CALCULATED FROM UP-TO-DATE CURRENT TRADE PUBLICATION REFERENCES, AUCTION REPORTS, DEALER AND PRIVATE SALES AS RECORDED IN PUBLICATIONS AS "OLD CARS PRICE GUIDE", "NADA PUBLICATIONS", "KELLEY BLUE BOOK", "OLD CARS WEEKLY", AND OTHER RELIABLE SOURCES WHICH ARE RECOGNIZED AND ACCEPTED BY THE MAJOR INSURANCE COMPANIES AND FINANCIAL INSTITUTIONS WORLD WIDE AS WELL AS BY PROSPECTIVE BUYERS AND SELLERS OF COLLECTOR VEHICLES AND COURTS OF LAW.

AFTER PRE-BUY INSPECTION BUYER SHOULD PERSONALLY INSPECT AND DRIVE VEHICLE BEFORE PURCHASING TO INSURE COMPLETE SATISFACTION. OPERATING AND COSMETIC CONDITIONS OF THIS VEHICLE MAY CHANGE AT ANY TIME IMMEDIATELY AFTER THIS INSPECTION.

**IMPORTANT!!** THIS REPORT AND TEST DRIVE AS OF THE DATE ON TODAYS REPORT REVEALS HOW THE CAR RAN AND DROVE AFTER A BRIEF TWO MILE DRIVE AND TWO HOUR INSPECTION. KEEP IN MIND THAT THIS VEHICLE AND MOST COLLECTOR VEHICLES ARE OLD OR OLDER OR MODIFIED USED VEHICLES EVEN IF FULLY RESTORED. THEY CAN BE SUBJECT TO ANY TYPE OF MECHANICAL, COSMETIC, STRUCTURAL OR ELECTRICAL PROBLEMS OF ANY KIND IMMEDIATELY AFTER A TEST DRIVE IS PERFORMED OR ANY TIME THEREAFTER. THE INSPECTOR CANNOT GUARANTEE ANY COLLECTOR VEHICLE AS TO NOT HAVING ANY PROBLEMS. EVEN A BRAND NEW VEHICLE HAS A FACTORY WARRANTY SINCE NEW VEHICLES AND CAN BE PRONE TO PROBLEMS.

APPRAISAL WRITTEN BY: William S. Trier   DATE: 3/20/24

## CONTENTS

| | | |
|---|---|---|
| ANALYSIS (OVERALL) OF VEHICLE | PAGE 1 | MECHANICAL CONDITION ACCESSORIES (OPERATING) PAGE 8 |
| COSMETIC APPEARANCE EXTERIOR | PAGE 2 | MECHANICAL CONDITION BRAKE SYSTEM PAGE 8 |
| | 3 | MECHANICAL CONDITION BRAKE SYSTEM CONTINUED PAGE 9 |
| | 4 | MECHANICAL CONDITION COOLING SYSTEM PAGE 9 |
| | 5 | MECHANICAL CONDITION ELECTRICAL SYSTEM PAGE 9 |
| | 6 | MECHANICAL CONDITION FUEL SYSTEM PAGE 10 |
| | 7 | MECHANICAL CONDITION STEERING SYSTEM PAGE 10 |
| | 7 | MECHANICAL CONDITION SUSPENSION SYSTEM PAGE 10 |
| | 7 | APPRAISERS CREDENTIALS PAGE 10 |

---

**Bill Trier**
*Collector Vehicle Appraisals*

INSURANCE • ESTATES • LITIGATION
PRE-BUY INSPECTIONS • ARBITRATION
DONATIONS • DIMINISHED VALUE

AUTO-TRUCKS-CUSTOMS-STREET RODS-MOTORCYCLES-MILITARY-PROFESSIONAL VECHICLES
DOMESTIC AND FOREIGN 1900 TO PRESENT

**LICENSED APPRAISING IN FLORIDA**
**ALL STATEWIDE LOCATIONS-SINCE 1988**

B (941) 681-2521   C (941) 223-1556
9304 ANITA AVE., UNIT B • ENGLEWOOD, FL 34224
Email: trier@comcast.net   Web: floridaclassiccarappraisals.com