# Kenneth W. Kayser
# Corvette Bio

1950  Born Thanksgiving Day November 23, Buffalo, NY, eldest of three siblings

1965  First Corvette Encounter, Dad brought home a Chevrolet Tonawanda Test Lab '65 Corvette with a 396-In$^3$ 425 HP V-8

1967  Accepted General Motors Institute Co-op Program, Interviewed by JJ McNeil Tonawanda Engineering Manager & Corvette "Buff", 2nd Corvette Encounter, Dad brought home a Chevrolet Tonawanda Test Lab 427-In$^3$ 390 HP Corvette

1968  Earned New York Drivers License, High School Graduation, Entered G.M.I. Co-Op Engineering Student Program at Chevrolet Tonawanda, 3rd Encounter Corvette Test Drive 435 HP '68 Corvette Tonawanda Test Lab Car, Worked, Listened & Learned Every Mark IV "Big Block" Assembly Line Station

1969  Machined & Assembled 427-in$^3$ All-Aluminum ZL-1 Engines at Tonawanda, Encountered the first ZL-1 Yellow Coupe in Tonawanda Dyno Lab

1971  Purchased 1st Corvette Tonawanda Company Car, War Bonnet Yellow

1973  Graduated GMI, Bachelor of Engineering, purchased 1973 Corvette

1975  Purchased "Pilot" 1957 Corvette #162 with Rochester Fuel Injection, 19 Year Restoration, Member National Corvette Restorers Society, NCRS #650

1978  Masters of Business Administration State Univ. of NY at Buffalo (SUNYAB) Purchased 1975 Corvette

1980-22  *Vette Vues* Magazine, Monthly Contributing Author (42 Years)

1981-82  Member of Society of Mechanical Engineers, SME, Purchased 1981 Corvette

1984-85  Purchased 1984, '85, '86 and '87 Corvettes

1986  Member Society of Automotive Engineers, SAE

1987  Member Solid Axle Corvette Enthusiasts, SACE #166

1989  Chevrolet Tonawanda Engine Plant - Quality Manager Four Engine Programs

1990-92  Purchased 1990, '91 and '92 Corvettes

1990-93  Chevrolet Tonawanda Engine Plant - Mark V "Big Block" V-8" Business Unit Manager, Launched 1991 502-in$^3$ 502-HP

1993  1957 Corvette 162, First Ever Restored Corvette Chassis shown at Corvette Carlisle Chip's Choice #24

1994  1957 Corvette 162, First Ever Restored Corvette Shown at Carlisle Back to Back Years, Chip's Choice #42

1994     SACE became Solid Axle Corvette Club, SACC #166

1995     1957 "Pilot" Corvette #162 with Rochester Fuel Injection shown at Detroit Autorama

1995-99  Chevrolet Flint V-8 - Engineering Master Mechanic Superintendent
         Assembled the Last 1995 Corvette V-8 Engine

1996     *Motor Trend* Truck of the Year, 1996 Chevrolet Tahoe, Attributed to the "V-8 Engine Excellence in Quality and Satisfaction"

1997     James B. Prather, *Vette Vues* Editor's "Excellence in Corvette Writing Award"

1997-07  G.M.I. - Kettering University, Sigma Chi Fraternity, President of Zeta Theta Chapter House Corporation, Began Fund Raising, Restoration & Upgrade

2000     GM Chairman's Award: PM Powertrain Vortec 4200 Inline Six Engine
         Purchased 2000 and '01 Corvettes

2002     Kettering University, Friends of the Library and Archives (FOLA) Founder and Vice President

2005     Daughter's Graduation, Kettering University, Mechanical & Bio Engineering
         Purchased 2005 Corvette

2007     Founded Tachometer Press LLC, *The History of GM's Ramjet Fuel Injection on Chevrolet's V-8 Engine and its Corvette Racing Pedigree,* Corvette Owner's Assn. Book of the Year
         Member of Sports Car Club of America SCCA,
         Purchased a 1955 Corvette ex-SCCA Race Car in April
         Member Society of Automotive Historians, SAH
         Son's Graduation, Kettering University, Mechanical & Bio Engineering

2007     1957 "Pilot" Corvette #162 with Rochester Fuel Injection shown at the June Bloomington Gold Special Collection "50th Anniversay of GM Ramjet Fuel Injection"

2007     1957 "Pilot" Corvette #162 with Rochester Fuel Injection shown at the August Corvettes at Carlisle "50th Anniversary of GM Ramjet Fuel Injection"

2007     1957 "Pilot" Corvette #162 with Rochester Fuel Injection shown at the November Chicago McCormack Place "Rochester Ramjet Reunion"

2008     Planned GM's 5th Generation 2013 Small Block V-8 Engine
         Launcged the 2009 Corvette ZR-1, LS9 Supercharged Captive Test Fleet
         General Motors Retired, 40.3 Years Service
         Formed Kayser Specialty LLC

2010     Consultant to GM Powertrain, 1-Month Evaluation of China's Automotive Engine Suppier Base

| Year | Description |
|---|---|
| 2010 | Society of Automotive Engineers, Mid-MI Section, Earl R. Wilson Sr. Memorial Award Engineer of the Year, Purchased 2010 Corvette |
| 2012-16 | Kayser Specialty LLC, Complete Restoration of 1957 Corvette, Chevrolet Engineering RPO-579D *Sebring Racing Evaluation* Test Car & Zora Arkus-Duntov's 1965 Corvette #58053 1st L-88 Test Car |
| 2016 | Founded Tachometer Publishing LLC, Author, *Zora's #58053* © 2016 |
| 2017 | Tachometer Publishing LLC, Author, *CORVETTE Legend or Myth & Zora's Marque of Excellence Volume I - The "Real Story" of the 1953 Corvette & Zora's Passion* © 2017 |
| 2018 | Tachometer Publishing LLC, Author, *CORVETTE Legend or Myth & Zora's Marque of Excellence Volume III - The History of Zora's Ramjet Fuel Injection* © 2018 |
| 2019 | Tachometer Publishing LLC, Author, *CORVETTE Legend or Myth & Zora's Marque of Excellence Volume II - Zora's Fabulous "Mid-Ship" Corvette History* © 2019 |
| 2021 | Tachometer Publishing LLC, Author, *Buick's "Flint Flyers" Skylark & Gran Sport History - From GM's '53 Motorama Skylary Dream Car to the '87 Turbocharged GNX* © 2021 |
| 2021 | Tachometer Publishing LLC, Author, *The History of GM's Ramjet Fuel Injection on Chevrolet's V-8 Engine and its Corvette Racing Pedigree* Commemorative Limited Edition © 2007, 2021 |
| 2023 | Tachometer Publishing LLC, Author, *Zora's #58053* Special Edition © 2016, 2023 |
| 2023 | Tachometer Publishing LLC, Author, *Citizen Ulysses S. Grant's Portrait by Ely Samuel Parker Portends their Mutual Fate and America's Future* © 2023 |
| 2023 | Hosted 1953 Corvtte #1123 with V-8 and 4-speed at GM's Styling Dome at the "Eyes on Design" Corvette Racing Panel Discussion. |
| 2023-24 | Corvette Racing Historian - Team Zora USA Celebrating America's Sports Car, *2025 Mille Miglia* |

Copyright Tachometer Publishing LLC
All Rights Reserved
April 2, 2024