**IN THE UNITED STATES FEDERAL COURT FOR
THE SOUTHERN DISTRICT OF TEXAS HOUSTON
DIVISION**

| | | |
|---|---|---|
| DALE WILKINSON, | § | |
| | § | |
| Plaintiff, | § | CASE NO. 4:24-cv-02685 |
| | § | |
| vs. | § | |
| | § | |
| HOWARD ANDREWS and | § | |
| LISA DIEHL GREGORY | § | |
| | § | |
| Defendants. | § | |

**<u>DEFENDANTS' OBJECTION AND RESPONSES TO PLAINTIFF DALE WILKINSON'S
FIRST REQUEST FOR PRODUCTION</u>**

COME NOW, HOWARD ADNREWS and LISA DIEHL GREGORY, Defendants in the above captioned matter, files these their Responses to Plaintiff's First Request for Production.

Respectfully submitted,

*/s/ T. Ernest Freeman*
T. Ernest Freeman
**ATTORNEY IN CHARGE**
SBN: 07431600
Fed ID: 15382
ernest@thefreemanlawfirm
THE FREEMAN LAW FIRM, P.C.
1770 St. James Place, Suite 120
Houston, Texas 77056
(713) 973-1000
(713) 973-1004 Fax
ATTORNEYS FOR DEFENDANTS
HOWARD ANDREWS AND
LISA DIEHL GREGORY

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing instrument was forwarded via electronic mail, e-filing, e-service and/or facsimile on January 10, 2025 to the all-known counsel of record.

*/s/ T. Ernest Freeman*
T. Ernest Freeman

# DEFENDANTS' OBJECTION AND RESPONSES TO PLAINTIFF DALE WILKINSON'S FIRST REQUEST FOR PRODUCTION

***Documents may be retrieved at [This Dropbox Link](#).***

1. Please produce copies of all documents related to Subject Vehicle 2 that you were provided when you came into possession of the subject vehicle, including, but not limited to the Certificate of Title, service records, judging sheets, awards, descriptions of the vehicle, and documents generated in connection with the restoration or rehabilitation of the subject vehicle.

    RESPONSE: All responsive documents are available at the DropBox address provided above.

2. Please produce copies of all inspections and appraisals of Subject Vehicle 2.

    RESPONSE:

    Defendants object to this request because it is not limited to a relevant time and to the extent it would impose obligations on Defendants greater than those required by the Federal Rules of Civil Procedure. Subject to and without waiving the foregoing objections, Defendants have no responsive documents.

3. Please produce copies of all advertisements, electronic mails, facsimile transmissions or communications of any nature, including, but not limited to electronically stored information, regarding the subject vehicle.

    RESPONSE:

    Defendants object to the extent it would impose obligations on Defendants greater than those required by the Federal Rules of Civil Procedure. Subject to and without waiving the foregoing objections, Defendants have no responsive documents

4. Please produce copies of all documents related to Subject Vehicle 2 that you provided to MECUM AUCTIONS at any time, including, but not limited to the Certificate of Title, service records, descriptions of the vehicle, judging sheets, awards and documents generated in connection with the restoration or rehabilitation of the vehicle.

    RESPONSE:

    Defendants have no responsive documents.

5. Please produce copies of all documents in connection with Subject Vehicle 2 that you obtained from any prior owner, including, but not limited to the Certificate of Title, any descriptions of the vehicle, judging sheets, awards and any restoration-related documentation.

RESPONSE:

Defendants have no responsive documents

6. Produce copies of all documents related in any way to your purchase or acquisition of Subject Vehicle 2.

   RESPONSE:

   Defendants object to this request because it is vague and unclear. Subject to and without waiving this objection, Defendants will produce documents in their possession reflecting their purchase of Subject Vehicle 2 from MECUM Auctions.

7. Please produce copies of all documents that are in anyway connected to or related to the restoration of Subject Vehicle 2, whether done by you or another party, including, but not limited to any agreements in connection with the restoration, photos of before and after work, work orders or other documentation in connection with the restoration.

   RESPONSE:

   Defendants object to this request because it is vague and unclear, and to the extent it would impose obligations greater than those required by the Federal Rule of Civil Procedure. Subject to and without waiving the foregoing objections, Defendants will produce responsive documents in their possession.

8. Please produce copies of all advertisements relating to, listing or identifying Subject Vehicle 2, including, but not limited to, electronically stored documents such as website data.

   RESPONSE:

   Defendants object to this request as not reasonably calculated to lead to the discovery of admissible evidence. Subject to and without waiving the foregoing objection, Defendants have no responsive documents.

9. Please produce copies of any documents you sent or caused to be sent by another in connection with this dispute in response to Plaintiff's claims.

   RESPONSE:

   Defendant objects to this request because it appears to seek materials exempt from discovery under the attorney client privilege and the attorney work product exception. Other than such materials, Defendants have no responsive documents.

10. Please produce copies of all telephone records, notes of phone conversations, text messages, electronic mails or other communications regarding Subject Vehicle 2 by and between you any other person, including any prior owner of Subject Vehicle 2.

    RESPONSE:

    Defendants object to this request as unduly burdensome, overly broad, not limited in scope to issues relevant to this matter, and not calculated to lead to the discovery of admissible evidence.

11. Please produce copies of all inspection or appraisal reports regarding the subject vehicle.

    RESPONSE:

    Defendants object to this request to the extent it seeks to impose obligations greater than those required by the Federal Rules of Civil Procedure. Subject to and without waiving the foregoing objection, Defendants have no responsive documents.

12. Please produce copies of all telephone records, notes of phone conversations, text messages, electronic mails or other communications by and between you and any person who inspected or appraised Subject Vehicle 2 or reference Subject Vehicle 2 or this instant litigation.

    RESPONSE:

    Defendants object to this request because it lacks specificity or is so vague and unclear that Defendants have no means to identify the information requested. Defendants also object to this request as unduly burdensome, overly broad, not limited in scope to issues relevant to this matter, and not calculated to lead to the discovery of admissible evidence. Subject to and without waiving the foregoing objections, Defendants have no responsive documents.

13. Please produce any written agreements by and between you and any prior owner of Subject Vehicle 2.

    RESPONSE:

    Defendants object to this request because it is not limited in scope to issues relevant to this matter, and is not calculated to lead to the discovery of admissible evidence. Subject to and without waiving the foregoing objections, Defendants have no responsive documents

14. Reports, communications, and/or documents prepared by any and all experts who will testify at trial.

    RESPONSE:

    Defendants have not identified the expert witnesses on whom they may rely at trial. Defendants

reserve the right to amend and supplement this answer when such experts are identified.

15. Reports, manuals, textbooks, policy sheets or other documents, or communications which any said expert, potential expert, witness or potential witness has consulted or reviewed as a result or in preparation of this litigation or will consult or review.

    RESPONSE:

    Defendants have not identified the expert witnesses on whom they may rely at trial and cannot, at this time, identify the materials on which such experts may rely. Defendants reserve the right to amend and supplement this answer when such experts are identified.

    Resumes and qualifications of any and all experts who will testify at trial.

    RESPONSE:

    Defendants have not identified the expert witness on whom they may rely at trial. Defendants reserve the right to amend and supplement this answer when such experts are identified.

16. Any and all documents and communications substantiating any claim to Plaintiff's cause of action.

    RESPONSE:

    Defendants are unaware of any documents or communications that substantiate any of Plaintiff's claims or causes of action.

17. Any and all documents or other tangible materials of any nature whatsoever which you plan to have marked for identification at a deposition or trial, introduce into evidence at a deposition or trial, or about which you plan to question a witness at a deposition or trial.

    RESPONSE:

    Defendants object to this request as unduly burdensome and imposing requirements greater than those set out in the Federal Rule of Civil Procedure. Defendants will comply with all requirements established by the rules and the Court for disclosure and marking of evidence and exhibits for use at trial or in deposition. Defendants will supplement their discovery responses in compliance with the rules.

18. Any and/or all documents or communications of any nature whatsoever which relate, refer or pertain to any other party to this action, the facts alleged in Plaintiff's Complaint and/or any instrumentality involved in the matters described in Plaintiff's Complaint.

RESPONSE:

Defendants object to this request as overly broad, unduly burdensome, vague, and not limited to the issues in this case, and not reasonably calculated to lead to the discovery of admissible evidence.

19. All documents and/or communications relating to any facts on the basis of which Defendant asserts his affirmative defenses.

    RESPONSE:

    Defendants have no responsive documents. Defendants reserve the right to amend or supplement this response in accordance with the rules.

20. All documents and/or communications relating to any facts on the basis of which Defendant has denied any allegations of fact found in the Plaintiff's Complaint.

    RESPONSE:

    Defendants have produced documents supporting their defenses in connection with their initial disclosures or in response to this Request. Defendants reserve the right to amend and supplement this response if and when new evidence is discovered.

21. Any and all documents of any nature whatsoever referred to in Defendant's Answers to Plaintiff's Interrogatories.

    RESPONSE:

    Defendant's have produced documents in their possession that were identified in their initial disclosures.

22. Any and all documents of any nature whatsoever requested by Plaintiff in Plaintiff's Interrogatories Addressed to Defendant.

    RESPONSE:

    Subject to and without waiving any objection to Plaintiff's interrogatories, Defendants have produced responsive documents as part of their initial disclosures and in connection with these requests for production of documents. Defendants reserve the right to amend or supplement this answer if necessary.

23. Any and all documents of any nature whatsoever referred to in Defendant's Initial Disclosures.

    RESPONSE:

Defendants object to this request as vague and indefinite. Subject to and without waiving this objection Defendant's have produced the documents specifically identified in their initial disclosures.