United States District Court
Southern District of Texas
**ENTERED**
March 11, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DALE WILKINSON, § | | |
| *Plaintiff*, § | | |
| § | | |
| v. § | | Case No. 4:24-cv-2685 |
| § | | |
| HOWARD ANDREWS and LISA DIEHI § | | |
| GREGORY, § | | |
| *Defendants*. § | | |

# <u>ORDER</u>

Before the Court are Defendants' objections and responses to Plaintiff's first request for production, ECF No. 23, and objections and responses to Plaintiff's first interrogatories. ECF No. 24. Because discovery is not filed in federal court, the Court STRIKES the objections.

**IT IS SO ORDERED.**

Signed on March 11, 2025, at Houston, Texas.

_____
**Dena Hanovice Palermo
United States Magistrate Judge**

1