United States District Court
Southern District of Texas
**ENTERED**
October 20, 2025
Nathan Ochsner, Clerk

CAUSE NO. 4:24-cv-02685

| | | |
|---|---|---|
| **DALE WILKINSON** <br> *Plaintiff*, <br><br> **V.** <br><br> **HOWARD ANDREWS AND LISA DIEHI GREGORY** <br> *Defendants* | § § § § § § § § § § § § § § § § § § | IN THE DISTRICT COURT <br><br><br><br> OF HARRIS COUNTY, TEXAS <br><br><br><br> 113ᵀᴴ JUDICIAL DISTRICT |

## AGREED AMENDED SCHEDULING ORDER

1.  November 11, 2024    **AMENDMENTS TO PLEADINGS AND ADDITION OF NEW PARTIES**
    Party requesting joinder will furnish a copy of this scheduling order to new parties.

2a. September 1, 2025    **EXPERTS**
    The Plaintiff's experts will be named with a report furnished by:

2b. October 1, 2025      The Defendant's experts must be named with a report furnished by:

3.  **December 1, 2025**  **MEDIATION REQUIRED**

4   **February 1, 2026**  **DISCOVERY**
    Counsel may, by agreement continue discovery beyond the deadline. No continuance will be granted because of information acquired in post-deadline discovery.

5.  **March 1, 2026**     **DISPOSTIVE MOTIONS DEADLINE**
    Including any motion challenging an expert witness. (only motions in limine on issues

2

other than experts may be filed after this date)

g.   March 13, 2026            **JOINT PRETRIAL ORDER**

7.   TBD                       **PRETRIAL CONFERENCE**

8.   TBD                       **TRIAL**


October 20, 2025                          *Dena Palermo*
_____                               _____
Date                                      Dena Hanovice Palermo
                                          United States Magistrate Judge

**APPROVAL REQUESTED:**

LAW OFFICES OF BRUCE SHAW, PC

*/s/ Stephen Gehringer, Esq.*
Stephen Gehrigner, Esq.
PA BN: 87020
sgehringer@shawalaws.com

2735 Terwood Road
Willow Grove, PA 19090
(267) 374-4290
(215) 657-6816


*ATTORNEYS FOR PLAINTIFF,*
*DALE WILKINSON*

THE FREEMAN LAW FIRM, P.C.

*/s/ T. Ernest Freeman*
T. ERNEST FREEMAN
SBOT # 07431600
ernest@thefreemanlawfirm.com
1770 St. James Place, Suite 120
Houston, Texas 77056
(713) 973-1000
(713) 973-1004 Fax

*ATTORNEYS FOR DEFENDANTS,*
*HOWARD ANDREWS and*
*LISA DIEHI GREGORY*

3