**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **DALE WILKINSON,**<br>Plaintiff, | §<br>§<br>§ | |
| v. | §<br>§ | **CIVIL ACTION NO.**<br>**4:24-cv-02685** |
| **HOWARD ANDREWS and**<br>**LISA DIEHL GREGORY,**<br>Defendants. | §<br>§<br>§ | |

**JOINT STIPULATION OF CONDITIONAL DISMISSAL WITH PREJUDICE
AND MOTION FOR ENTRY OF AGREED FINAL JUDGMENT**

Plaintiff Dale Wilkinson ("Plaintiff") and Defendants Howard Andrews and Lisa Diehl Gregory (collectively, "Defendants"), by and through their undersigned counsel, jointly stipulate and move as follows:

1. The Parties have entered into a written Settlement Agreement and Release (the "Settlement Agreement") resolving the claims, defenses, and requests for relief in this action.

2. The Settlement Agreement requires the Parties to jointly present an Agreed Final Judgment that memorializes its material terms, dismisses with prejudice all claims and causes of action asserted or that could have been asserted by Plaintiff against Defendants in this action, and retains jurisdiction to enforce the Agreed Final Judgment and the Settlement Agreement.

3. *Federal Rule of Civil Procedure 41(a)(1)(A)(ii)* permits dismissal through a stipulation signed by all parties who have appeared. Under *Rule 41(a)(1)(B)*, the stipulation may specify that the dismissal is with prejudice.

4. The Parties therefore stipulate that this action, including all claims and causes of action asserted in it, shall be dismissed with prejudice. The Settlement Agreement governs and releases claims that could have been asserted. Each Party shall bear its own attorneys' fees and

costs except as otherwise expressly provided in the Settlement Agreement and the Agreed Final Judgment, including Plaintiff's payment of $5,220.75 in defense costs and expenses.

5.      This Stipulation is expressly conditional and shall not take effect upon filing. It becomes effective only upon the Court's prior or simultaneous entry of the Proposed Agreed Final Judgment attached as Exhibit A. If the Court does not enter that judgment, this Stipulation is ineffective and the action remains pending. See *Whittier v. Ocwen Loan Servicing, L.L.C.*, 128 F.4th 724, 727-28 (5th Cir. 2025); *SmallBizPros, Inc. v. MacDonald*, 618 F.3d 458, 463-64 (5th Cir. 2010).

6.      In the alternative, and to the extent a court order is required to effectuate the Parties' agreed disposition, the Parties jointly move under *Federal Rule of Civil Procedure 41(a)(2)* for dismissal with prejudice on the terms stated in the Proposed Agreed Final Judgment.

7.      The Proposed Agreed Final Judgment is set out as a separate document in accordance with *Federal Rule of Civil Procedure 58(a)*. It expressly incorporates the Settlement Agreement, retains jurisdiction to enforce both the judgment and the incorporated agreement, and directs the Clerk to close the case.

8.      The Parties agree to the allocation of fees and costs stated in the Proposed Agreed Final Judgment and the Settlement Agreement, notwithstanding the otherwise applicable cost provision in *Federal Rule of Civil Procedure 54(d)(1)*.

**WHEREFORE**, the Parties respectfully request that the Court enter the Proposed Agreed Final Judgment attached as Exhibit A. Upon entry of that judgment, this conditional Stipulation shall become effective, the action shall be dismissed with prejudice on the agreed terms, and the Clerk shall close the case.

Respectfully submitted,

**LAW OFFICES OF BRUCE SHAW, P.C.**

/s/ Stephen Gehringer
Stephen Gehringer, Esq.
PA Bar No. 87020
2735 Terwood Road
Willow Grove, PA 19090
(267) 374-4290
(215) 657-6816 (fax)
sgehringer@shawlaws.com

**Counsel for Plaintiff Dale Wilkinson**

**THE FREEMAN LAW FIRM, P.C.**

/s/ T. Ernest Freeman
T. Ernest Freeman
Texas Bar No. 07431600
Federal ID No. 15382
ernest@thefreemanlawfirm.com

/s/ Gary W. DeSerio
Gary W. DeSerio
Texas Bar No. 05776300
Federal ID No. 3301
gary@thefreemanlawfirm.com
1770 St. James Place, Suite 120
Houston, Texas 77056
(713) 973-1000
(713) 973-1004 (fax)

**Counsel for Defendants Howard Andrews
and Lisa Diehl Gregory**

## CERTIFICATE OF CONFERENCE

Pursuant to Southern District of Texas Local Rule 7.1(D), undersigned counsel certify that counsel for all Parties conferred regarding the relief requested in this filing and agree to it.

## CERTIFICATE OF SERVICE

I certify that on July 27, 2026, the foregoing was filed through the Court's CM/ECF system, which will provide notice to all counsel of record.

/s/ Stephen Gehringer